UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

LESTER CHARLES STOKES,
    a/k/a "JAY LESTER CHARLES STOKES,"

                                                **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**COUNT 1**

(Possession with Intent to Distribute Controlled Substances)

On or about December 2, 2022, in Calhoun County, in the Southern Division of the

Western District of Michigan, the defendant,

LESTER CHARLES STOKES,
a/k/a "JAY LESTER CHARLES STOKES,"

knowingly and intentionally possessed with intent to distribute 500 grams or more of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled

substance, 50 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, and fentanyl, a Schedule II

controlled substance, seized from a residence on Massachusetts Avenue.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii) and (viii)

## COUNT 2

(Possession with Intent to Distribute Cocaine)

On or about December 2, 2022, in Calhoun County, in the Southern Division of the

Western District of Michigan, the defendant,

LESTER CHARLES STOKES,
a/k/a "JAY LESTER CHARLES STOKES,"

knowingly and intentionally possessed with intent to distribute a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance, seized

from his person.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3
**(Felon in Possession of Firearms)**

On or about December 2, 2022, in Calhoun County, in the Southern Division of

the Western District of Michigan, the defendant,

LESTER CHARLES STOKES,
a/k/a "JAY LESTER CHARLES STOKES,"

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed a loaded Smith & Wesson 9mm pistol and

a Smith & Wesson .22 caliber rifle, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## <u>FORFEITURE ALLEGATION</u>
(Felon in Possession of Firearms)

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c). Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) as set forth in Count 3 of this Indictment, the defendant,

LESTER CHARLES STOKES,
a/k/a "JAY LESTER CHARLES STOKES,"

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, Untied States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to: a loaded Smith & Wesson 9mm pistol, a Smith & Wesson .22 caliber rifle, and all associated ammunition.

18 U.S.C. § 924(d)
26 U.S.C. § 2461(c)
18 U.S.C. § 922(g)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney